UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GRACIELA DONCOUSE,                                                     :
:
Plaintiff,                                    :
:                      25 Civ. 1041 (JPC)
-v-                                                  :
:                      ORDER
MAHZEDAHR BAKERY LLC and 14 L. PIERRE                                  :
ASSOCIATES, LLC,                                                       :
:
Defendant.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 24, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 6-7. Defendants' deadline to respond to the Complaint was therefore March 17, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until March 25, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by April 1, 2025.

Plaintiff is directed to mail a copy of this Order, the Summons, and the Complaint by First Class Mail to each Defendant at 28 Greenwich Avenue, New York, NY 10011.

SO ORDERED.

Dated: March 19, 2025
       New York, New York                               _____
                                                        JOHN P. CRONAN
                                                        United States District Judge