UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GRACIELA DONCOUSE,

                        Plaintiff,

    -against-

MAHZEDAHR BAKERY LLC,
and 14 L. PIERRE ASSOCIATES, LLC,

                      Defendants.

---------------------------------------------------------X

*Civil Action No.*

1:25-cv-01041 (JPC)

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE,** and Defendants, **MAHZEDAHR BAKERY LLC** and **14 L. PIERRE ASSOCIATES, LLC,** hereby notify this Honorable Court that a settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and anticipate finalizing the agreement within the next few weeks. Accordingly, we respectfully request that a thirty (30) day order be issued.

Dated: New York, New York
       August 11, 2025

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775